IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Ebenezer Tazoah, | : | |
| | : | Case No. 1:26-cv-582 |
| Petitioner, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | Order |
| Kevin Raycraft, Acting Director of | : | |
| Enforcement and Removal Operations, | : | |
| Detroit Field Office, Immigration and | : | |
| Customs Enforcement, *et al.* | : | |
| | | |
| Respondents. | | |

Petitioner, Ebenezer Tazoah, brings a Petition for a Writ of Habeas Corpus under 28

U.S.C. § 2241. In order to preserve its jurisdiction, and pursuant to its authority under the All

Writs Act, the Court **ORDERS** that Respondents shall neither remove Tazoah from this District

nor allow him to be removed from this District unless or until the Court orders otherwise.[1] *See*

28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views

on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

The Clerk is **DIRECTED** to (1) immediately provide a copy of the Petition and its

accompanying papers, along with a copy of this Order, to the United States Marshal to promptly

personally serve to a Butler County Sheriff's Deputy in the Potter Stewart United States

Courthouse. The Clerk is **further DIRECTED** to (2) serve a copy of the Petition and its

accompanying papers, along with a copy of this Order, by email to Kevin J. Gerrity at

kevin.gerrity@bcohio.gov; by email to Patrick R. Oelrich at patrick.oelrich@bcohio.gov; and by

email to John J. Stark on behalf of the United States Attorney's Office for the Southern District

---

[1] The Court's directive applies with equal force to any individual, group, or entity working in concert with or on behalf of Respondents.

of Ohio at john.stark@usdoj.gov. The Clerk is **further DIRECTED** to promptly note proof of such service on the docket. Counsel for Respondents shall promptly file a notice of appearance.

It is further **ORDERED** that Respondents shall file a return of writ within **seven (7) days** of the date of service and, if Petitioner elects to file a reply, Petitioner may do so no later than **seven (7) days** after service of the return of writ.

**IT IS SO ORDERED.**

BY THE COURT:

_____

Susan J. Dlott
United States District Judge